**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2495**

———————

LUCYNA B. PHAIR,

                                    Plaintiff - Appellant,

        versus

MONTGOMERY COUNTY PUBLIC SCHOOLS,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
96-1060-DKC)

———————

Submitted:  April 16, 1998        Decided:  April 28, 1998

———————

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lucyna B. Phair, Appellant Pro Se.  Charles Wellington Thompson,
Jr., County Attorney, Linda B. Thall, Senior Assistant County At-
torney, Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in Appellant's suit alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3 (1994), and the Age Discrimination in Employment Act of 1967, 29 U.S.C.A. §§ 621-634 (West 1985 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Phair v. Montgomery County Pub. Sch., No. CA-96-1060-DKC (D. Md. Sept. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2